UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────

CEDRIC BISHOP,

                    Plaintiff,          19-cv-1602 (JGK)

        - against -                     ORDER

MOTORCYCLE MALL, INC.,

                    Defendant.
─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    As discussed at the hearing on **December 5, 2019,** the
defendant's motion to dismiss the First Amended Complaint for
lack of subject matter jurisdiction and lack of personal
jurisdiction is **denied without prejudice** to renewal. The parties
may engage in limited discovery, to be completed within 60 days,
regarding the plaintiff's attempt to purchase a T-Shirt from the
defendant's website, the defendant's ties to New York, and any
differences between the Initial Complaint and the First Amended
Complaint.

    After the completion of discovery, the defendant can make a
renewed motion to dismiss without another pre-motion conference.

    The Clerk is directed to close **Docket Number 15.**

**SO ORDERED.**


Dated:    New York, New York
          December 6, 2019        _____/s/ John G. Koeltl_____
                                        John G. Koeltl
                                  **United States District Judge**